**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 31.
> JPH, 4/19/2021
> Distribution via ECF

| | |
|---|---|
| Ashley Derloshon,<br><br>    Plaintiff,<br><br>v.<br><br>Action Collection Service, Inc,<br><br>    Defendant. | Civil Action No: 1:20-cv-02381-JPH-DLP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Ashley Derloshon, by counsel, and Defendant, Action Collection Service, Inc., by counsel, hereby stipulate to dismissal with prejudice of this cause, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

/s/ Richard J. Shea
Richard J. Shea
Attorney for Plaintiff


/s/ Jennifer L. Fisher
Jennifer L. Fisher
Attorney for Defendant